| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Trash Chomper LLC** <br> Name | | EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Texas | | Date case filed for chapter:    7    6/16/22 |
| Case number: | 22–40745 | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | Trash Chomper LLC | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 5830 Granite Parkway <br> suite 100 <br> Plano, TX 75024 | | |
| **4. Debtor's attorney** <br> Name and address | Patrick J. Schurr <br> Scheef & Stone, L.L.P. <br> 2600 Network Boulevard <br> Suite 400 <br> Frisco, TX 75093 | Contact phone 214.472.2100 <br><br> Email: patrick.schurr@solidcounsel.com | |
| **5. Bankruptcy trustee** <br> Name and address | Christopher Moser <br> 2001 Bryan Street, Suite 1800 <br> Dallas, TX 75201 | Contact phone (214) 880–1805 <br><br> Email: cmoser@qslwm.com | |
| **6. Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B <br> 660 North Central Expressway <br> Plano, TX 75074 | Hours open: <br> 8:00 – 4:00 <br><br> Contact phone (972)509–1240 <br><br> Date: 6/17/22 | |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 15, 2022 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephonic Hearing–See Instructions** | |
| **8. Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**

page 1

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                    Case No. 22-40745-btr

Trash Chomper LLC                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0540-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2022 | Form ID: 309CR | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Trash Chomper LLC, 5830 Granite Parkway, suite 100, Plano, TX 75024-6794 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: patrick.schurr@solidcounsel.com | Jun 17 2022 23:45:00 | Patrick J. Schurr, Scheef & Stone, L.L.P., 2600 Network Boulevard, Suite 400, Frisco, TX 75093 |
| tr | + | EDI: FCJMOSER | Jun 18 2022 03:48:00 | Christopher Moser, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Jun 17 2022 23:46:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher Moser | cmoser@qslwm.com  cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| Patrick J. Schurr | on behalf of Debtor Trash Chomper LLC patrick.schurr@solidcounsel.com  kari.stanish@solidcounsel.com |

US Trustee

USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 3