# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

IN RE:
Trash Chomper LLC
5830 Granite Parkway
Suite 100
Plano , TX 75024
EIN: 85-2434539
Debtor

Case No. 22-40745 btr
Chapter: 7

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court.  **Items listed below are due by June 30, 2022.**

Schedules
**B 202** - Declaration Under Penalty of Perjury for Non-individual Debtors
**B 206 Summary** - A Summary of Your Assets and Liabilities (non-individuals)
**B 206A/B** - Schedule A/B: Property (non-individuals)
**B 206D** - Schedule D:Creditors Who Have Claims Secured By Property (non-individuals)
**B 206E/F** - Schedule E/F:Creditors Who Have Unsecured Claims (non-individuals)
**B 206G** - Schedule G:Executory Contracts and Unexpired Leases (non-individuals)
**B 206H** - Schedule H:Your Codebtors (non-individuals)

Statements
**B 207** - Statement of Your Financial Affairs (non-individuals)

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at  http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: June 17, 2022**

JASON K. MCDONALD
CLERK OF THE COURT

United States Bankruptcy Court

Eastern District of Texas

In re:  Case No. 22-40745-btr
Trash Chomper LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 1
Date Rcvd: Jun 17, 2022      Form ID: pdf400      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Trash Chomper LLC, 5830 Granite Parkway, Suite 100, Plano, TX 75024-6794 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Moser | cmoser@qslwm.com  cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |

TOTAL: 2