Revised 12/1/2009                                                                                               LBR Appendix 1007-b-6

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

**IN RE:**

| Trash Chomper LLC | 22-40745 |
|---|---|
| Debtor(s) | Bankruptcy Case Number |

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Date: 6/17/2022

_____, Managing Member
Debtor Signature

Date: _____

_____
Joint Debtor Signature