Case no. 22-40745

7 Sky Roofing LLC
5830 Granite Parkway Suite 100
Plano TX 75024

22 Rose Street
4901 Keller Strings Road
Suite 105
Addison, TX 75001

Alex Boyd
210 Martin Drive
Wylie, TX 75098

Austen Patrick
103 Southview Drive
Fate, TX 75189

Blair Automotive
2125 Chenault Drive
Suite 102
Carrollton, TX 75006

Branded Floors
1971 University Business Drive
Suite 103
McKinney, TX 75071

Brandon Monsey
278A Wyndham Meadows Way
Wylie, TX 75098

Camp Copass
8200 East Mckinney Street
Denton, TX 76208

Candor Builders LLC
110 Horseshoe Bend
McKinney, TX 75069

Christopher Saliture
3146 Bourbon Street Circle
Rockwall, TX 75032

Contract Services LLC
725 Airpark Center Drive
Nashville, TN 37217

Creative Print Group
7905 Browning Road
Suite 112
Pennsauken, NJ 08190

Daydra Management
709 Business Way
Wylie, TX 75098

Floor Coverings International
17304 Preston Road
Suite 827
Dallas, TX 75248

GMan Construction
3921 Agnes Street
Corpus Christi, TX 78405

Hernandez Multi-Contracting
4901 Keller Springs Road
Suite 105
Addison, TX 75001


Hunter Hall
3505 Key West Drive
Rowlett, TX 75088


Innovations Touch
11005 Indian Trail
Dallas, TX 75229


Intense Properties
311 North Ballard Avenue
Suite 100
Wylie, TX 75098


Jessica Kempj
405 Cedar Ridge
Wylie, TX 75098


Jonathan Lorenz
2140 FM 546
McKinney, TX 75069


Jose Granite
3225 Springer Lane
Rockwall, TX 75032


Kody Noack
1602 Rolling Brook Drive
Allen, TX 75002

Key Property Solution
503 British Court
Arlington, TX 76002


LCSC Investments LLC
510 West Main Street
Suite C
Azle, TX 76020


Malcolm McEwen
947 Pacific Street
Morro Bay, CA 93442


Matthew Remodeling
9141 Curacao Drive
Fort Worth, TX 76123


MD Construction Associates
3709 Canterbury
The Colony, TX 75056


MDL Promotions
2055 West McDermott Drive
Suite 320-102
Allen, TX 75013


Modern Craft Construction
3105 Main Street
Rowlett, TX 75088


Modern Home Concepts
2101 Hutton Drive
Carrollton, TX 75006

Nathan Smith
1700 Tyler Street
Colleyville, TX 76034


Next Wave Property Management
1211 Puerta Del Sol
Suite 240
San Clemente, CA 92673


Noah Storck
5113 Alpine Meadows Drive
McKinney, TX 75070


Omni Key Realty
660 N Central Expressway
Suite 100
Plano, TX 75074


Paul Price
1506 Indian School
Garland, TX 75044


Peter Nicklas
1550 South Ballard
Wylie, TX 75097


Pirate Dumpsters
2371 Cooley Place
Pasadena, CA 91104

Poppy Place Homes
Attn Sandra Perry
12 Cowboys Way
Unit 1512
Frisco, TX 75034


Preston Trueblood
908 Silver Sage Drive
Wylie, TX 75098


Rental One
1211 South Highway 78
Wylie, TX 75098


Sandra Perry
12 Cowboys Way
Unit 1512
Frisco, TX 75034


Sean Burt
516 Hubbard Circle
Nevada, TX 75173


Semper AMA LLC
510 Weszt Main Street
Suite C
Azle, TX 76020


Simply Add Water USA LLC
17816 Hillcrest Road
Dallas, TX 75252

Service One LLC
Attn Mark Weisbart
10501 N Central Expressway
Suite 106
Dallas, TX 75231


Seth Palmer
4097 FM 903
Farmersville, TX 75442


Sharla Merrett
205 FM 2453
Royse City, TX 75189


Stella Invictus
2801 Glenbrook Drive
Midlothian, TX 76065


Sugar Home Painting
130 North Preston Road
Suite 360
Prosper, TX 75078


Swaim Construction LLC
624 Straus Road
Cedar Hill, TX 75104


Texas Pride Restoration
11925 Katy Road
Suite 2240A
Fort Worth, TX 76244

Texas Woodlands Contractors
6387 Camp Bowie Boulevard
Suite B
Fort Worth, TX 76116


Tim Johnson Custom Hones
PO Box 712
Allen, TX 75013


Toni Glowinski
10429 West Palmer Avenue
Melrose Park, IL 60164


Torres Flooring
1315 East Jefferson Street
Grand Prairie, TX