Revised 12/1/2009 LBR Appendix 1007-b-6

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS

**IN RE:**

Trash Chomper LLC
Debtor(s)

22- 40745
Bankruptcy Case Number

## VERIFICATION OF CREDITOR MATRIX
(adding creditors to Master Matrix)

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Date: 06/20/2022

Trash Chomper LLC
/s/ Charles Tomasello, member
Debtor Signature
By Charles Tomasello, member

Date: _____

_____
Joint Debtor Signature