Case No. 22-40745

Charles Tomasello
7936 Bishop Road
Plano, TX 75024

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204

United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231