Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard, Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR TRASH CHOMPER LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **TRASH CHOMPER LLC,** | § | **CASE NO. 22-40745-BTR-7** |
| | § | |
| **Debtor.** | § | |

**MOTION TO EXTEND DEADLINE TO FILE MASTER MAILING LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW TRASH CHOMPER LLC, Debtor in the above matter and would show the Court as follows:

1. This case was filed as a voluntary petition under chapter 7 of the Bankruptcy Code on June 16, 2022 [ECF No. 1].

2. The Notice of Chapter 7 Bankruptcy Case listed counsel for the Debtor with his email address [ECF No. 3] and an electronic notice was received Thursday evening after receipt of the filed Voluntary Petition [ECF Nos. 1 and 2].

3. The Notice of Chapter 7 Bankruptcy Case [ECF No. 3] was received Friday, June 17, 2022 at 8:35am.

4. The Notice of Missing Documents and Notice Case May be Dismissed

**MOTION TO EXTEND DEADLINE TO FILE MASTER MAILING LIST – PAGE 1**

[ECF No. 4] was never received by counsel for the Debtor.

5. The Order Setting 1-Day Dismissal Deadline for Filing Master Mailing List dated June 17, 2022 [ECF no. 5] was not received by counsel on June 17, 2022, the date of its entry.

6. The Certificate of Notice of the Notice of Chapter 7 Bankruptcy Case [ECF no. 6] does not contain Debtor's counsel's email address nor did he receive such certificate on June 19, 2022.

7. The Certificate of Notice for the Notice of Missing Documents and Notice Case May be Dismissed [ECF No. 8] reflects no email address for Debtor's counsel.

8. The Certificate of Notice for the Order Setting 1-Day Dismissal Deadline for Filing Master Mailing List dated June 19, 2022 [ECF no. 9] reflects no email address for Debtor's counsel.

9. Debtor's counsel believed that the mailing matrix could be filed within forty-eight hours of the petition similar to the Local Rules for the Northern District of Texas regarding emergency filings.

10. Counsel for the Debtor was never included on the certificates of notice on the various orders and notices issued by the clerk despite his name and email address appearing on the Notice of Chapter 7 Bankruptcy Case of Case.

11. The mailing matrix has been uploaded and amended on June 20, 2022 [ECF Nos. 10 and 11].

12. Counsel for the Debtor was unaware of the Order Setting 1-Day Dismissal

Deadline for Filing Master Mailing List until today, June 20, 2022, after filing the mailing matrix to confirm that it was filed properly.

13. Debtor would allege that the failure of the electronic system to provide Debtor with any notice of the Order Setting 1-Day Dismissal Deadline for Filing Master Mailing List is good cause to extend the deadline for three (3) additional calendar days from entry of the Order Setting 1-Day Dismissal Deadline for Filing Master Mailing List, June 17, 2022 at 4:10pm, to June 20, 2022.

14. Counsel for the Debtor acknowledges his role as counsel for the Debtor in knowing the local rules and would assert that such failure on the part of Debtor's counsel falls under the rubric of excusable neglect rather than conscious indifference to this Court and its procedures.

WHEREFORE, PREMISES CONSIDERED, TRASH CHOMPER LLC respectfully requests the Court allow the mailing matrix filed today, June 20, 2022, as timely and render the Order Setting 1-Day Dismissal Deadline for Filing Master Mailing List as moot and for such other relief as is just and proper.

Respectfully submitted this the 20th day of June, 2022.

        SCHEEF & STONE, L.L.P.
        2600 Network Boulevard
        Suite 400
        Frisco, Texas 75034
        Telephone: 214.472.2100
        Telecopier: 214.472.2150

By: /s/ Patrick J. Schurr
    Patrick J. Schurr
    State Bar No. 17853530
    Email: patrick.schurr@solidcounsel.com

ATTORNEYS FOR TRASH CHOMPER LLC

## CERTIFICATE OF CONFERENCE

Once the undersigned learned of the Order Setting 1-Day Dismissal Deadline for Filing Master Mailing List, an attempt was made to contact the US Trustee's office and counsel for the US Trustee's office, John Vardeman, however, today being a federal holiday, Mr. Vardeman has not responded.

     /s/ Patrick J. Schurr

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on the Office of the US Trustee and any parties requesting notice herein, via electronic means, on this the 20th day of June, 2022.

     /s/ Patrick J. Schurr