**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRASH CHOMPER LLC, | § | CASE NO. 22-40745-BTR-7 |
| | § | |
| Debtor. | § | |

**ORDER GRANTING MOTION TO EXTEND
DEADLINE TO FILE MASTER MAILING LIST**

CAME ON for consideration the Motion of TRASH CHOMPER LLC to Extend Deadline to File Master Mailing List (the "Motion"), and the Court, after reviewing the Motion, is of the opinion that good cause has been shown to extend the deadline to file the master mailing list and the Motion should be granted. It is therefore

ORDERED that the deadline for the Debtor Trash Chomper LLC to file its master mailing list be and the same is hereby extended from June 17, 2022 to June 21, 2022.

DATED:_____          _____
                                BRENDA T. RHOADES, CHIEF JUDGE
                                UNITED STATES BANKRUPTCY COURT

Submitted by:
Patrick J. Schurr
SCHEEF & STONE, LLP
2600 Network Boulevard, suite 400
Frisco, Texas 75034