**Fill in this information to identify the case:**

Debtor name: Trash Chomper LLC

United States Bankruptcy Court for the: Eastern District of TX (State)

Case number (If known): 22-40745

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................................. $ 294,728.36

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................................... $ 294,728.36

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........... $ 0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ............................................. $ unknown*

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................... + $ 171,539.51*

4. **Total liabilities** ................................................................................................................................ $ 171,539.51*
   Lines 2 + 3a + 3b

*Unknown because no current records of company have been provided by co-manager, Sandra Perry, and the former bookkeeper, Tony Glowinski; neither person inputted any financial information into the company's quickbooks since April 1, 2022

Official Form 206Sum            Summary of Assets and Liabilities for Non-Individuals            page 1